**JRB COMPANY, INC., Plaintiff–**
**Appellant,**

v.

**PEMBERTON, INC., Defendant–**
**Appellee.**

No. 00–1313.

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2001.

Before MICHEL, GAJARSA and
LINN, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.